In re McCoy, Billy Mac; — Defendant; applying for writ of mandamus and/or writ of prohibition, Parish of Ouachita, 4th Judicial District Court, Div. C, Nos. 35,583; to the Court of Appeal, Second Circuit, No. 33191-KH.
Denied. See State ex rel. Bernard v. Cr.D.C., 94-2247, p. 1 (4/28/95), 653 So.2d 1174, 1175; State ex rel. Degreat v. State, 98-0690 (La.7/2/98), 724 So.2d 205; State ex rel. Fleury v. State, 93-2898 (La.10/13/95), 661 So.2d 488; La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.
KIMBALL, J., not on panel.